UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH R VALENTINO, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-304 |
| | § | |
| UNITED STATES MARSHAL, | § | |
| | § | |
| Respondent. | § | |

# **ORDER**

The Court **ORDERS** that Respondent must file a response to Valentino's emergency renewed motion for release (Dkt. 17) on or before **Tuesday, March 31, 2020.**

The Clerk will provide copies of this order to the parties.

SIGNED this day 25th day of March, 2020.

_____
George C. Hanks Jr.
United States District Judge