United States District Court
Southern District of Texas
**ENTERED**
July 06, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSEPH R. VALENTINO, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-304 |
| § | |
| UNITED STATES MARSHAL, § | |
| § | |
| Respondent. § | |

## ORDER

Petitioner Valentino is in the custody of the Bureau of Prisons ("BOP") and detained at FDC Houston. He has been certified as extraditable based on a conviction in the Kingdom of the Netherlands. His habeas petition under 28 U.S.C. § 2241 is currently pending before the Court. On January 30, 2020, the Court denied Valentino's request for release pending determination of the habeas petition (Dkt. 9). On April 15, 2020, the Court denied Valentino's emergency renewed motion for release (Dkt. 34).

Valentino has filed a motion to reconsider (Dkt. 36) which again requests his release from custody. He bases his request on the increasing number of cases in the BOP, at FDC Houston, and in the Houston area, and claims that he is in immediate danger at FDC Houston, where seven inmates had tested positive at the time he filed his motion.

Under the authority cited in the Court's prior opinions, Valentino's current motion does not show "extraordinary" special circumstances that justify his release. Moreover, the motion does not address, and provides no reason to alter, the Court's prior determination regarding his flight risk.

The Court therefore **ORDERS** that Valentino's motion to reconsider (Dkt. 36) is **DENIED.**

The Clerk will provide copies of this order to the parties.

SIGNED at Houston, Texas, this 6th day of July, 2020.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE